ACCEPTED
15-25-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/24/2025 3:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00120-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/24/2025 3:16:21 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS

PRIMEXX ENERGY OPPORTUNITY FUND L.P., *ET AL.*,

*Appellants,*

V.

PRIMEXX ENERGY CORPORATION, *ET AL.*,

*Appellees.*

Appeal From Texas Business Court, First Division
Dallas County, Texas
Honorable Bill Whitehill

NOTICE OF APPEARANCE

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Please take notice that the following counsel from the law firm of Kirkland & Ellis, LLP, hereby enter their appearance as counsel of record for Appellee, Primexx Energy Corporation pursuant to Texas Rules of Appellate Procedure 6.1 and 6.2:

**Jeremy A. Fielding, P.C.** – Lead Counsel
State Bar No. 24040895
jeremy.fielding@kirkland.com
**Kasdin M. Mitchell, P.C.**
State Bar No. 24135030
kasdin.mitchell@kirkland.com
**KIRKLAND & ELLIS LLP**

4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771

**Zack C. Ewing**
State Bar No. 24113650
zack.ewing@kirkland.com
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, Texas 78701
Telephone: (512)-678-9050
Facsimile: (512) 678-9101

Appellee respectfully requests that the Court, Clerk and all counsel of record take notice and direct all future correspondence and other papers filed in this matter to the counsel identified above.

Respectfully submitted,

By:  /s/ *Jeremy A. Fielding, P.C.*
Jeremy A. Fielding, P.C.
State Bar No. 24040895
jeremy.fielding@kirkland.com
Kasdin M. Mitchell, P.C.
State Bar No. 24135030
kasdin.mitchell@kirkland.com
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771

Zack C. Ewing
State Bar No. 24113650
zack.ewing@kirkland.com
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, Texas 78701
Telephone:  (512)-678-9050
Facsimile:  (512) 678-9101

***Attorneys For Appellee, Primexx Energy
Corporation***

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2025, a true and correct copy of the foregoing was served on all counsel of record through the electronic filing system in accordance with the Texas Rules of Appellate Procedure.

/s/ *Jeremy A. Fielding, P.C.*
Jeremy A. Fielding, P.C.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gary Vogt on behalf of Jeremy Fielding
Bar No. 24040895
gvogt@kirkland.com
Envelope ID: 107273935
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 10/24/2025 3:28 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger Cowie | 783886 | roger.cowie@troutman.com | 10/24/2025 3:16:21 PM | SENT |
| Christopher Patton | 24083634 | cpatton@lynnllp.com | 10/24/2025 3:16:21 PM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 10/24/2025 3:16:21 PM | SENT |
| SCOTT SMOOT | | ssmoot@lynnllp.com | 10/24/2025 3:16:21 PM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 10/24/2025 3:16:21 PM | SENT |
| Austin Lesch | | austin.lesch@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Taylor Levesque | | Taylor.Levesque@troutman.com | 10/24/2025 3:16:21 PM | SENT |
| Louisa Karam | | Louisa.Karam@troutman.com | 10/24/2025 3:16:21 PM | SENT |
| Kasdin Mitchell | 24135030 | kasdin.mitchell@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Jeremy Fielding | 24040895 | jeremy.fielding@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 10/24/2025 3:16:21 PM | SENT |
| Stephen Shackelford | 24062998 | sshackelford@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |

Associated Case Party: Primexx Energy Opportunity Fund, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah Hannigan | | shannigan@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gary Vogt on behalf of Jeremy Fielding
Bar No. 24040895
gvogt@kirkland.com
Envelope ID: 107273935
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 10/24/2025 3:28 PM CST

Associated Case Party: Primexx Energy Opportunity Fund, LP

| Michelle Williams | | mwilliams@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |
|---|---|---|---|---|
| Josephine Wang | | jwang@susmangodfrey.com | 10/24/2025 3:16:21 PM | SENT |